No. 2615.—Pueblo, apldo., v. Arrocho, aplte.—C. D. San Juan, Disto. 2º.—Feb. 8, 1926. Por la presente se concede el auto de error solicitado en este caso por el acusado Carlos Arrocho; y habiendo éste acreditado que es insolvente, se declara con lugar su solicitud para que el recurso sea tramitado *in forma pauperis* por lo que a esta corte respecta, a cuyo fin obtendrá libre de derechos los servicios de los oficiales de esta corte, debiendo ser remitidos los autos, dentro del término legal, a la Corte de Circuito de Apelaciones. Reclámese el *mandato* enviado oportunamente a la corte sen-

tenciadora a la cual se ordenará que suspenda hasta nueva orden la ejecución de la sentencia que origina este recurso.